| | |
|---|---|
| **PINNOCK & WAKEFIELD, A.P.C.** | |
| Theodore A. Pinnock, Esq.    Bar #: 153434 | |
| David C. Wakefield, Esq.     Bar #: 185736 | |
| 3033 Fifth Avenue, Suite 410 | |
| San Diego, CA 92103 | |
| Telephone: (619) 858-3671 | |
| Facsimile: (619) 858-3646 | |

FILED
2007 MAR 29 PM 2:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF MEMBER BRADFORD,<br><br>         Plaintiffs,<br><br>    v.<br><br>ELAINE'S COFFEE SHOP; THE COIN LAUNDRY; 1212 SOUTH 43RD STREET, SAN DIEGO, CA 92113; And DOES 1 THROUGH 10, Inclusive<br><br>         Defendants. | Case No.: 06cv2522 L (POR)<br><br>ORDER GRANTING THE JOINT MOTION AND MOTION TO DISMISS ALL DEFENDANTS WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

///

///

    **IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by Plaintiffs TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF MEMBER BRADFORD, and ALL Defendants on the other hand, through their respective attorneys of record that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number: 06cv2522 L

Document Date: March 22, 2007

1  (POR). Additionally, Plaintiffs' Complaint is dismissed with
2  prejudice in its entirety.
3
4  **IT IS SO ORDERED.**
5
6  Dated: 3/28/07
7                                    HONORABLE M. JAMES LORENZ
                                      UNITED STATES DISTRICT COURT JUDGE
8

Document Date: March 22, 2007